# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| MANSFIELD BUSINESS PARK, LLC, et al. | ) | Case No.  2016-CV-01134 |
| | ) | |
| Plaintiffs, | ) | Judge Patricia Gaughan |
| | ) | |
| v. | ) | |
| MT. HAWLEY INSURANCE COMPANY, et al. | ) | **DISMISSAL ENTRY** |
| | ) | |
| Defendants. | ) | |

Now come all Parties, by and through Counsel, and hereby advise this Honorable Court as follows:

All Plaintiffs, Defendants, Mt. Hawley Insurance Company, and Rockhill Ins. Co., and Third Party Defendant Afcose Group, LLC, hereby dismiss all claims, counterclaims and Third-Party claims by and against each other, ***with prejudice***.

Defendant Mt. Hawley Ins. Co. dismisses its third-party complaint against Statewide, Recycling & Recovery, Inc., ***without*** prejudice.

DATE:  November 27, 2017

                                                          Respectfully submitted,

*/s/ Edward A. Proctor*                    */s/ Michelle J. Sheehan*
Edward A. Proctor (0069877)          Michelle J. Sheehan (0062548)
Thomas J. Connick (0070527)          Brian D. Sullivan (0063536)
CONNICK LAW, LLC                        REMINGER CO., LPA
25550 Chagrin Blvd. Suite 101          101 W. Prospect Ave., Suite 1400
Beachwood, OH 44122                     Cleveland, OH  44115
(216) 364-0512                               (216) 687-1311
Fax: (216) 609-3446                         Fax: (216) 687-11841
eproctor@connicklawllc.com             msheehan@reminger.com
tconnick@connicklawllc.com             bsullivan@reminger.com
*Attorneys for Plaintiffs*                    *Attorneys for Mt. Hawley, Ins. Co.*

| | |
|---|---|
| /s/ David J. Buishas | /s/Gregory DeGulis |
| Crystal Maluchnik (0077875) | McMahon DeGulis, LLP |
| **Janik L.L.P.** | The Caxton Building |
| 9200 South Hills Blvd. Suite 300 | 812 Huron Road, Suite 650 |
| Cleveland, OH 44147 | Cleveland, Ohio 44115 |
| Ph: 440-838-7600 / Fax: 440-838-7601 | Attorney for Afcose Group, LLC |
| crystal.maluchnik@janiklaw.com | |
| and | |
| David M. Alt | |
| David J. Buishas | |
| **BATESCAREY LLP** | |
| 191 North Wacker, Suite 2400 | |
| Chicago, IL 60606 | |
| Ph: 312-762-3100 / Fax: 312-762-3200 | |
| dalt@batescarey.com | |
| dbuishas@batescarey.com | |
| *Attorneys for Rockhill Ins. Co.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November 2017, the foregoing Dismissal Entry was filed electronically and that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

*/s/ Edward A. Proctor*
*Counsel for Plaintiffs*

2