# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MANSFIELD BUSINESS PARK, LLC, et al. | ) | Case No. 2016-CV-01134 |
| | ) | |
| Plaintiffs, | ) | Judge Patricia Gaughan |
| | ) | |
| v. | ) | |
| MT. HAWLEY INSURANCE COMPANY, et al. | ) | **DISMISSAL ENTRY** |
| | ) | |
| Defendants. | ) | |

So Ordered.
/s/ Patricia A. Gaughan
11/28/17

Now come all Parties, by and through Counsel, and hereby advise this Honorable Court as follows:

All Plaintiffs, Defendants, Mt. Hawley Insurance Company, and Rockhill Ins. Co., and Third Party Defendant Afcose Group, LLC, hereby dismiss all claims, counterclaims and Third-Party claims by and against each other, ***with prejudice***.

Defendant Mt. Hawley Ins. Co. dismisses its third-party complaint against Statewide, Recycling & Recovery, Inc., ***without*** prejudice.

DATE:  November 27, 2017

                                                    Respectfully submitted,

| | |
|---|---|
| */s/ Edward A. Proctor* | */s/ Michelle J. Sheehan* |
| Edward A. Proctor (0069877) | Michelle J. Sheehan (0062548) |
| Thomas J. Connick (0070527) | Brian D. Sullivan (0063536) |
| CONNICK LAW, LLC | REMINGER CO., LPA |
| 25550 Chagrin Blvd. Suite 101 | 101 W. Prospect Ave., Suite 1400 |
| Beachwood, OH 44122 | Cleveland, OH  44115 |
| (216) 364-0512 | (216) 687-1311 |
| Fax: (216) 609-3446 | Fax: (216) 687-11841 |
| eproctor@connicklawllc.com | msheehan@reminger.com |
| tconnick@connicklawllc.com | bsullivan@reminger.com |
| *Attorneys for Plaintiffs* | *Attorneys for Mt. Hawley, Ins. Co.* |